

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00385-CV

IN THE MATTER OF A.K. § On Appeal from the 323rd District Court

§ of Tarrant County (323-107606-18)

§ April 2, 2020

§ Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's transfer order is reversed and the case is remanded to the trial court for proceedings consistent with this opinion.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
     Justice Mike Wallach